MARTIN B. GREENBAUM – CSB No. 45268
STEPHEN J. SHUMLAS – CSB No. 317448
GREENBAUM LAW GROUP LLP
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
Telephone: (949) 760-1400
Facsimile: (949) 760-1300

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FISHER & PHILLIPS LLP, | Case No. |
| Plaintiff, | COMPLAINT FOR: |
| vs. | 1) BREACH OF CONTRACT |
| | 2) OPEN BOOK ACCOUNT |
| ACTIVE CAPITAL COMPANY, B.V., | 3) ACCOUNT STATED |
| a Dutch Corporation and DOES 1-50, inclusive, | 4) REASONABLE VALUE OF WORK |
| Defendants. | |

Plaintiff FISHER & PHILLIPS LLP, by and through its undersigned attorneys, GREENBAUM LAW GROUP LLP, sues Defendant ACTIVE CAPITAL COMPANY B.V., and for causes of action alleges:

## THE PARTIES

1. Plaintiff FISHER & PHILLIPS LLP (hereinafter "Plaintiff") is a limited liability partnership specializing in the practice of employment law with offices located throughout the United States.

2. Defendant ACTIVE CAPITAL COMPANY B.V. is an active Dutch company with its principal offices located in Amsterdam, Netherlands.

1

COMPLAINT

3. Defendant ACTIVE CAPITAL COMPANY B.V. is an investment company that invests in small and medium-sized companies. As pertaining to this case, Defendant ACTIVE CAPITAL COMPANY B.V. retained the services of Plaintiff FISHER & PHILLIPS LLP for representation in a legal matter.

4. Substantially all acts, actions, events, circumstances, witnesses and relevant documents pertaining to this action have a location nexus in Orange County, California.

**FEDERAL DISTRICT COURT JURISDICTION AND VENUE**

5. There is complete Diversity between the Plaintiff and the Defendant ACTIVE CAPITAL COMPANY B.V. The amount in controversy exceeds $75,000. Jurisdiction is premised on 28 USC 1332(a). In addition, this court has ancillary and supplemental jurisdiction pursuant to 28 U.S.C. 1367.

**FACTUAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

6. On or about March 18, 2020, Plaintiff and Defendant entered into an Engagement Agreement wherein Plaintiff was engaged to provide certain legal representation in legal matter. A true and correct redacted copy of the Engagement Agreement is attached hereto as Exhibit A.

7. Plaintiff completed its representation of Defendant in approximately July 2023.

**FIRST CAUSE OF ACTION FOR BREACH OF CONTRACT**

8. Plaintiff incorporates the allegations of Paragraphs 1 through 9 as though fully set forth in this Cause of Action.

9. Plaintiff has performed all acts and conditions on its part to be performed.

10. At the conclusion of Plaintiff's representation of Defendant ACTIVE CAPITAL CORPORATION B.V., Defendant did not pay Plaintiff the remaining balance of $130,205.60, plus accruing interest, for services rendered at the specific request of Defendant.

11.     Defendant ACTIVE CAPITAL COMPANY B.V. has breached the terms of its Engagement Agreement with Plaintiff by failing to pay as agreed.

12.     The Plaintiff has been damaged in the amount of $130,205.60 plus accruing interest, plus attorney's fees incurred by Plaintiff in its pursuit of this lawsuit.

## SECOND CAUSE OF ACTION FOR OPEN BOOK ACCOUNT, A COMMON COUNT

13.     Plaintiff incorporates the allegations of Paragraphs 1 through 14 as though fully set forth in this Cause of Action.

14.     Within the last four years, Defendant ACTIVE CAPITAL COMPANY B.V. became indebted to Plaintiff on an open book account in the sum of $130,205.60.

## THIRD CAUSE OF ACTION FOR ACCOUNT STATED, A COMMON COUNT

15.     Plaintiff incorporates the allegations of Paragraphs 1 through 16 as though fully set forth in this Cause of Action.

16.     Within the last four years, Defendant ACTIVE CAPITAL COMPANY B.V. became indebted to Plaintiff based on an Account Stated which was duly sent to Defendants and not disputed. The amount of the Account Stated by and between the parties was and is the sum of $130,205.60.

## FOURTH CAUSE OF ACTION FOR PAID, WORK, LABOR AND SERVICE RENDERED TO DEFENDANTS AND FOR THEIR BENEFIT AT THEIR SPECIAL INSTANCE AND REQUEST, A COMMON COUNT

18.     Plaintiff incorporates the allegations of Paragraphs 1 through 18 as though fully set forth in this Cause of Action.

19.     Within the last four years, Plaintiff provided Work, Labor & Services to and for the benefit of Defendant ACTIVE CAPITAL COMPANY B.V.

20.     The fair and reasonable value of the Work, Labor & Services provided by Plaintiff to and for the benefit of Defendants ACTIVE CAPITAL COMPANY B.V. is the sum of $130,205.60.

21. Plaintiff is entitled to recover from Defendants interest as provided by law.

## PRAYER FOR RELIEF

Plaintiff Prays judgment against Defendants ACTIVE CAPITAL COMPANY, B.V., for:

1. Principal sum in the amount of $130,205.60.
2. Interest at the annual rate of 18% as agreed upon by the parties.
3. For costs.
4. For reasonable attorney's fees pursuant to Page 2 of Exhibit A.
5. For such other and further relief as is just and proper.

Dated: November 17, 2023

GREENBAUM LAW GROUP LLP

By: _____
STEPHEN J. SHUMLAS
Attorneys for Plaintiff

COMPLAINT