JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FISHER & PHILLIPS LLP, | Case No.: 8:23-cv-02169-JVS-ADS |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL [16] |
| ACTIVE CAPITAL COMPANY, B.V., a Dutch Corporation, | |
| Defendant. | |

ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties herein, this case is ordered dismissed without prejudice subject to revival and reinstatement for the purpose of entering Judgment pursuant to the terms herein in the Event of Default in Periodic Payments, as agreed by the parties hereto. The Court retains jurisdiction.

DATED: April 22, 2024

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT